# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **Abran Martinez,** | § § § | |
| **Plaintiff,** | § § | C.A. No. 4:21-cv-2515 |
| v. | § § | |
| **Houston Methodist Hospital,** | § § | |
| **Defendant.** | § | **(JURY TRIAL DEMANDED)** |

## ORDER
## NOTICE OF DISMISSAL WITHOUT PREJUDICE

On this the ___day of _____, 2021, this Court considered Plaintiff's Notice of Dismissal Without Prejudice. Upon consideration of the pleadings, evidence and arguments of counsel, the Court finds:

that Plaintiff's Notice of Dismissal Without Prejudice is **GRANTED**.

Signed this _____day of _____, 2021.

_____
United States District Judge

1